IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 6:17-CR- 25<br>(Judge KNM ) |
| HENRY PHILLIP JACKSON | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

> Violation: 26 U.S.C. § 7203
> [Willful failure to file income tax return]

During the calendar year 2010, defendant **Henry Phillip Jackson** and his spouse, who were husband and wife and who were residents of Tyler, Texas, which is a community property state, had and received gross income computed on the community property basis in excess of $18,700. By reason of that gross income, the defendant was required by law, following the close of the calendar year 2010 and on or before April 18, 2011, to make an income tax return to the Internal Revenue Service Center at Austin, Texas, to a person assigned to receive returns at the local office of the Internal Revenue Service at Tyler, Texas, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all the foregoing, the defendant did willfully fail, on or about April 18, 2011, in the Eastern District of Texas, to make an income tax return.

All in violation of 26 U.S.C. § 7203.

# COUNT 2

Violation: 26 U.S.C. § 7203
[Willful failure to file income tax return]

During the calendar year 2011, defendant **Henry Phillip Jackson** and his spouse, who were husband and wife and who were residents of Tyler, Texas, which is a community property state, had and received gross income computed on the community property basis in excess of $19,000. By reason of that gross income, the defendant was required by law, following the close of the calendar year 2011 and on or before April 17, 2012, to make an income tax return to the Internal Revenue Service Center at Austin, Texas, to a person assigned to receive returns at the local office of the Internal Revenue Service at Tyler, Texas, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all the foregoing, the defendant did willfully fail, on or about April 17, 2012, in the Eastern District of Texas, to make an income tax return.

All in violation of 26 U.S.C. § 7203.

# COUNT 3

Violation: 26 U.S.C. § 7203<br>
[Willful failure to file income tax return]

During the calendar year 2012, defendant **Henry Phillip Jackson** and his spouse, who were husband and wife and who were residents of Tyler, Texas, which is a community property state, had and received gross income computed on the community property basis in excess of $19,500. By reason of that gross income, the defendant was required by law, following the close of the calendar year 2012 and on or before April 15, 2013, to make an income tax return to the Internal Revenue Service Center at Austin, Texas, to a person assigned to receive returns at the local office of the Internal Revenue Service at Tyler, Texas, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all the foregoing, the defendant did willfully fail, on or about April 15, 2013, in the Eastern District of Texas, to make an income tax return.

All in violation of 26 U.S.C. § 7203.

## COUNT 4

Violation: 26 U.S.C. § 7203
[Willful failure to file income tax return]

During the calendar year 2013, defendant **Henry Phillip Jackson** and his spouse, who were husband and wife and who were residents of Tyler, Texas, which is a community property state, had and received gross income computed on the community property basis in excess of $20,000. By reason of that gross income, the defendant was required by law, following the close of the calendar year 2013 and on or before April 15, 2014, to make an income tax return to the Internal Revenue Service Center at Austin, Texas, to a person assigned to receive returns at the local office of the Internal Revenue Service at Tyler, Texas, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all the foregoing, the defendant did willfully fail, on or about April 15, 2014, in the Eastern District of Texas, to make an income tax return.

All in violation of 26 U.S.C. § 7203.

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____
L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax
frank.coan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 6:17-CR-____ (Judge _____) |
| HENRY PHILLIP JACKSON | | |

## NOTICE OF PENALTY

### COUNTS 1-4

VIOLATION:            26 U.S.C. § 7203

PENALTY:            Imprisonment for not more than 1 year; a fine of not more than $25,000; a term of supervised release of not more than 1 year.

SPECIAL ASSESSMENT:      $25.00